IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 1:22-cv-1115-LCB-JLW ) |
| ENFORGE, LLC, | ) ) |
| Defendant. | ) ) |

## NOTICE OF WITHDRAWL OF D.E. 55

On July 5, 2024, Plaintiff Equal Employment Opportunity Commission ("EEOC") filed its' Notice of Intent to File Dispositive Motion (D.E. 55). On July 31, 2024, Defendant informed the EEOC that it has withdrawn some of its' defenses that were at issue. In light of Defendant's July 31, 2024, correspondence, the EEOC now files this Notice to inform the Court that it is withdrawing its previously filed Notice of Intent to File Dispositive Motion.

Respectfully submitted this the 1st day of August 2024.

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

/s/ **Taittiona Miles**
TAITTIONA MILES
Trial Attorney
N.C. Bar No. 50879
Charlotte District Office
129 West Trade Street, Suite 400

1

Charlotte, North Carolina 28202
Telephone: (980) 296-1301
Facsimile: (704) 954-6412
Email: taittiona.miles@eeoc.gov

 /s/ Nicholas Wolfmeyer    
NICHOLAS WOLFMEYER
Trial Attorney
Florida Bar No. 127218
Charlotte District Office
129 West Trade Street, Suite 400
Charlotte, North Carolina 28202
Telephone: (704) 909-5623
Facsimile: (704) 954-6412
Email: nicholas.wolfmeyer@eeoc.gov

**ATTORNEYS FOR PLAINTIFF**