IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION
No. 1:22-cv-1115-LCB-JLW

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION** | ) ) ) | |
| Plaintiff, | ) ) ) ) | **JOINT MOTION FOR ENTRY OF CONSENT DECREE** |
| v. | ) ) | |
| **ENFORGE, LLC,** | ) ) | |
| Defendant. | ) ) | |

Plaintiff Equal Employment Opportunity Commission (the "EEOC") and Defendant Enforge, LLC ("Enforge") respectfully move this Court for entry of the attached Consent Decree. The Consent Decree has been agreed upon by the parties and submitted herewith. The terms of the agreement are intended as a complete resolution of all matters in controversy between the EEOC and Enforge, as fully set forth in the proposed Consent Decree which is filed as an Exhibit to this Motion.

Wherefore, the Parties respectfully move this Honorable Court for entry of the proposed Consent Decree.

Respectfully submitted this the 4th day of December, 2024.

*Endorsements on the following page.*

1

| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT: |
|---|---|
| */s/ Taittiona Miles*<br>TAITTIONA MILES, Trial Attorney<br>N.C. State Bar No. 50879<br>taittiona.miles@eeoc.gov<br>EEOC, Charlotte District Office<br>129 West Trade Street, Suite 400<br>Charlotte, NC 28202<br>Telephone: (980) 296-1301<br>Facsimile: (704) 954-6412<br><br>*/s/ Nicholas Wolfmeyer*<br>NICHOLAS WOLFMEYER<br>Trial Attorney<br>FL Bar No. 127218<br>nicholas.wolfmeyer@eeoc.gov<br>Charlotte District Office<br>129 W. Trade St, Suite 400<br>Charlotte, NC 28202<br>Telephone: (704) 909-5623<br>Facsimile: (704) 954-6412 | */s/ J. Allen Thomas*<br>J. Allen Thomas<br>N.C. State Bar No. 40119<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>5829 Six Forks Road, Suite 600<br>Raleigh, Nc 27615<br>Telephone: (919) 789-9700<br>Fax: (919) 789-9412<br>Email:  allen.thomas@ogletree.com |